UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
JASON R. BENNETT ) CASE NO.: 06-10038(1)(13)
DONNA C. BENNETT )
)
              Debtor(s)          )

## ORDER

This matter is before the Court on confirmation of the Amended Chapter 13 Plan of Debtors Jason R. Bennett and Donna C. Bennett and the oral objection of Creditor Wells Fargo Financial Kentucky, Inc. to the Debtors proposal to surrender their vehicle in full satisfaction of the debt. Following the reasoning set forth in the Memorandum-Opinion issued in Case No. 06-30014, <u>In re Jerry Joe Duke and Diedre Lee Duke</u>, the Debtors may not surrender their vehicle in full satisfaction of the debt.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Objection of Wells Fargo Financial Kentucky, Inc. To Debtors' proposal in its Amended Chapter 13 Plan to surrender the vehicle in full satisfaction of the debt, be and hereby is, **SUSTAINED**. The case was previously confirmed pending resolution of this issue.